AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| MICHIGAN CUSTOM MACHINES, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:20-cv-11644 |
| AIT WORLDWIDE LOGISTICS, INC. et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant AIT WORLDWIDE LOGISTICS, INC.

Date: 01/21/2021

/s/ Laura D. Castner
*Attorney's signature*

Laura D. Castner
*Printed name and bar number*

Mazzola Lindstrom LLP
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
*Address*

Laura@mazzolalindstrom.com
*E-mail address*

(310) 694-8585
*Telephone number*

*FAX number*