AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| MICHIGAN CUSTOM MACHINES, INC. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:20-cv-11644 |
| AIT WORLDWIDE LOGISTICS, INC., et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, AIT WORLDWIDE LOGISTICS, INC.

Date: 4/14/2021

/s/Hanoch Sheps
*Attorney's signature*

Hanoch Sheps

*Printed name and bar number*
1350 AVENUE OF THE AMERICAS,
SECOND FLOOR, NEW YORK, NEW YORK 10019
*Address*

hanoch@mazzolalindstrom.com
*E-mail address*

(646) 216-8126
*Telephone number*

*FAX number*